KATHRYN JORDAN, Appellant, v BATES ADVERTISING HOLDINGS, INC., Formerly Known as AC & R ADVERTISING, INC., Respondent, et al., Defendant. KLEIN ZELMAN ROTHERMEL LLP, Nonparty Intervenor-Respondent.

Submitted September 22, 2008; decided October 23, 2008

Motion for reargument of motion for leave to appeal denied [*see* 11 NY3d 701 (2008)].

In the Matter of WALTER KEARNEY, Appellant, v NEW YORK STATE BOARD OF PAROLE, Respondent.

Submitted July 28, 2008; decided October 23, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine an action or proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

SHAWN MOYNIHAN, Appellant, v STATE OF NEW YORK, Respondent.

Submitted August 4, 2008; decided October 23, 2008

On the Court's own motion, appeal transferred, without costs, to the Appellate Division, Third Department, upon the ground that the direct appeal does not lie (NY Const, art VI, § 3 [b] [2]; § 5 [b]; CPLR 5601 [b] [2]). Motion for poor person relief dismissed as academic.